UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JASON G. LITALIEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil no. 2:19-cv-00237-LEW |
| | ) | |
| CITY OF BIDDEFORD, | ) | |
| | ) | |
| Defendant. | ) | |

### J U D G M E N T

In accordance with the Order on Plaintiff's Motion to Dismiss entered by Judge Lance E. Walker on September 19, 2019,

JUDGMENT of dismissal without prejudice is hereby entered.

                                              CHRISTA K. BERRY
                                              CLERK

                        By:
                                  /s/ Julie W. Rodrigue
                                  Deputy Clerk

Dated this 26th day of September, 2019.